**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.,*[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-10466 (SCC)<br><br>(Jointly Administered) |
| RUNWAY LIQUIDATION, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRIME APPAREL, INC.,<br><br>　　　　　　　　　　　Defendant. | Adv. Proc. No. 19-01055 (SCC) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss:
COUNTY OF NEW YORK　)

　　La Asia S. Canty, being duly sworn, affirms, deposes and says:

　　I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

　　On April 15, 2019, I caused the: (1) *Second Summons and Notice of Pretrial Conference in an Adversary Proceeding*; and (2) *Complaint For Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* to be served upon the parties listed on the

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

DOCS_NY:38926.1 08467/001

annexed Service List by: (i) First Class Mail; and (ii) by Certified Mail, Return Receipt

Requested postage paid and deposited with the U.S. Postal Service.

                                                                                   */s/ La Asia S. Canty*
                                                                                      La Asia S. Canty

SWORN TO AND SUBSCRIBED before me this
21st day of May, 2019

*/s/ G. Karen Brown*
G. KAREN BROWN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2023

# **SERVICE LIST**

Prime Apparel, Inc.
Attn:  In Yong Jeong, CEO & R/A
5667 Mansfield Way
Bell, CA 90201

Prime Apparel, Inc.
Attn:  In Yong Jeong, R/A
5667 Mansfield Way
Bell, CA  90201